# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. FLEMINGS,<br><br>        Plaintiff,<br><br>    vs.<br><br>C. GRAY, et al.,<br><br>        Defendants. | 1:14-cv-01248 LJO DLB PC<br><br>FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF'S NOTICE OF WILLINGNESS TO PROCEED ON COGNIZABLE CLAIMS<br><br>[ECF No. 10] |

       Plaintiff Kevin T. Flemings ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on August 8, 2014.

       On July 17, 2015, the Court screened Plaintiff's Complaint and found that it stated the following claims: (1) violation of Plaintiff's procedural due process rights by Defendants Gray, Timmons, and White; and (2) violation of the Eighth Amendment's prohibition against cruel and unusual punishment against Defendants Gray, Timmons, and White. The Court ordered Plaintiff to file an amended complaint or notify the Court of his willingness to proceed only on these claims.

       On July 27, 2015, Plaintiff notified the Court that he wanted to proceed only on the cognizable claims identified above.

///

1

**RECOMMENDATION**

Accordingly, the Court HEREBY RECOMMENDS the following:

1. This action be ORDERED to proceed on the following claims: (1) violation of Plaintiff's procedural due process rights by Defendants Gray, Timmons, and White; and (2) violation of the Eighth Amendment's prohibition against cruel and unusual punishment against Defendants Gray, Timmons, and White; and

2. The remaining claims, as well as Defendant F. Feliciano, be DISMISSED from this action.

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 3, 2015**                          /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE