1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| KEVIN T. FLEMINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>C. GRAY, et al.,<br><br>        Defendants. | Case No.  1:14-cv-01248 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>[ECF No. 11] |

17
18

    Plaintiff Kevin T. Flemings ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff filed this action on August 8, 2014.

19
20
21
22
23
24

    On July 17, 2015, the Magistrate Judge screened Plaintiff's Complaint and found that it stated the following claims: (1) violation of Plaintiff's procedural due process rights by Defendants Gray, Timmons, and White; and (2) violation of the Eighth Amendment's prohibition against cruel and unusual punishment against Defendants Gray, Timmons, and White. The Court ordered Plaintiff to file an amended complaint or notify the Court of his willingness to proceed only on these claims.

25
26

    On July 27, 2015, Plaintiff notified the Court that he wanted to proceed only on the cognizable claims identified above.

27
28

    Accordingly, on August 4, 2015, the Magistrate Judge issued Findings and Recommendations that recommended the action be ORDERED to proceed on the following

claims: (1) violation of Plaintiff's procedural due process rights by Defendants Gray, Timmons, and White; and (2) violation of the Eighth Amendment's prohibition against cruel and unusual punishment against Defendants Gray, Timmons, and White.  It was further recommended that the remaining claims, as well as Defendant F. Feliciano, be DISMISSED from this action.  The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days.  Over fourteen days have passed and Plaintiff has not filed objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed August 4, 2015, are ADOPTED in full;

2.    This action is ORDERED to proceed on the following claims: (1) violation of Plaintiff's procedural due process rights by Defendants Gray, Timmons, and White; and (2) violation of the Eighth Amendment's prohibition against cruel and unusual punishment against Defendants Gray, Timmons, and White; and

3.    The remaining claims, as well as Defendant F. Feliciano, are DISMISSED from this action.

IT IS SO ORDERED.

Dated:   __August 21, 2015__              ___/s/ Lawrence J. O'Neill___
                                         UNITED STATES DISTRICT JUDGE

2