# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN TYRONE FLEMINGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRAY, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01248 LJO DLB PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR PERMISSION TO FILE INTERLOCUTORY APPEAL<br>[ECF No. 28] |

　　　　Plaintiff Kevin T. Flemings ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. Plaintiff filed this action on August 8, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 27, 2016, the Court granted Defendants' motion to revoke Plaintiff's *in forma pauperis* status. Plaintiff was directed to pay the filing fee within fourteen days. Over fourteen days have passed and Plaintiff has failed to pay the filing fee. Accordingly, the action will be dismissed.

　　　　On February 10, 2016, Plaintiff filed a request to file an interlocutory appeal under 28 U.S.C. § 1292. The Court finds that the order of January 27, 2016, is not an appealable order pursuant to § 1292. In any case, on February 16, 2016, Plaintiff did in fact file a notice of appeal and the appeal has been processed to the Ninth Circuit. Therefore, Plaintiff's motion for permission to file a notice of appeal will be disregarded as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The action is DISMISSED for Plaintiff's failure to pay the filing fee;

2. Plaintiff's request to file notice of appeal is DISREGARDED.

<u>This terminates this action in its entirety</u>.

IT IS SO ORDERED.

Dated: __**February 18, 2016**__  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2